*Susan M. Phillips*, in support of the petition.

*Jaye Bailey Zanta*, in opposition.

Decided June 4, 2003

---

## KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL

*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided June 4, 2003

---

## STATE OF CONNECTICUT *v.* DEBORAH A. RANGER

*Neal Cone*, senior assistant public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided June 4, 2003

---

## STATE OF CONNECTICUT *v.* MARVEL HENRY